IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ARGONAUT INSURANCE COMPANY a/s/o
SOUTHERN SPECIALTIES, INC.

                *Plaintiff,*                      Case No.:

against

ROYAL RUNNERS, INC.

                *Defendant.*
_____/

## **COMPLAINT**

COMES NOW ARGONAUT INSURANCE COMPANY a/s/o SOUTHERN SPECIALTIES, INC., by and through its undersigned attorneys, as and for its Complaint against ROYAL RUNNERS, INC., allege as follows:

1. This is a claim for cargo damage to a shipment transported pursuant to the provisions of the Carmack Amendment, 49 U.S.C. §§ 11706, 14706 et al. Jurisdiction over Royal Runners Inc. is predicated upon 28 U.S.C. § 1331 and 28 U.S.C. § 1337.

2. At all relevant times hereto, Plaintiff, Argonaut Insurance Company (hereinafter "Argo" or "Plaintiff"), was an organization with a place of business located at 225 W. Washington Street, Chicago, Illinois, and is the cargo insurer for Southern Specialties in respect to a shipment of 1,568 cases of green bushel beans carried by defendant Royal Runners, Inc, as more fully described below.

3. At all relevant times hereto, Southern Specialties, Inc. (hereinafter "Southern Specialties") was a corporation organized and existing by virtue of the laws of Florida with a principal place of

business located at 1430 SW 6th Court, Pompano Beach, FL 33069, and was the consignee and owner of a shipment of 1,568 cases green bushel beans, as more fully described below.

4. At all material times, defendant, ROYAL RUNNERS, INC. (hereinafter "Royal Runners" or "Defendant") was and is a corporation organized and existing pursuant to the laws of Florida with an office and place of business located at 3205 43rd Avenue, Naples, Florida 34120, and at all relevant times, was and is still doing business within the jurisdiction of this Honorable Court as a common carrier of goods for hire, and was the carrier of the shipment of 1568 cases green bushel beans, as more fully described below.

5. Plaintiff brings this action on its own behalf and as agent and/or trustee on behalf of and for the interest of all parties who may be or become interested in the said consignment, as their respective interests may ultimately appear, and Plaintiff is entitled to maintain this action.

## RELEVANT FACTS

6. In January 2021 Southern Specialties and /or its agents engaged the services of Royal Runners to transport a consignment of green beans from Pharr, Texas to Pompano Beach, Florida.

7. On or about January 23, 2021 the consignment of 1,568 cases green bushel beans were delivered into the custody and control of Royal Runners for transportation by road from Texas to Florida.

8. Royal Runners was instructed to transport the cargo in a refrigerated container and to maintain a delivery air temperature of 34 degrees F at all times during transit.

9. Bill of Lading no. 14659, dated January 23, 2021, was issued to cover the transportation of the consignment

10. When the consignment of green beans was delivered to Southern Specialties in Pompano Beach on January 25, 2021 the consignment was found to be damaged due to temperature abuse that occurred during transit.

11. The pulp temperature of the cargo was found to be between 31F and 35F, which resulted in chilling damage to the consignment.

12. A USDA inspection was requested and thereafter performed on January 27, 2021. The USDA representative confirmed that the cargo was decayed and damaged.

13. The damaged cargo was donated to Farm Share.

14. The CIF value of the cargo was $48,104.00. Southern Specialties incurred expenses for the inspection of the cargo, handling and delivery to the donation site totaling $1,441.42. Southern Specialties incurred a loss in the amount of $49,545.42.

15. At all times relevant hereto, a contract of insurance for property damage was in effect between Southern Specialties and Argo, which provided coverage for, among other things, loss or damage to the subject consignment.

16. Pursuant to the aforementioned contract of insurance between Southern Specialties and Argo, monies have been expended on behalf of Southern Specialties to the detriment of Argo as a result of the damages sustained during this transit.

17. As Argo has sustained damages as a result of said expenditures, expenditures rightly the responsibility of defendant, Argo has an equitable right of subrogation and is subrogated, to the extent of the expenditures, to the rights of its insured with respect to any and all claims for damages against the defendants.

18. By reason of the foregoing, plaintiff has sustained losses which will be shown with specificity at trial, no part of which has been paid, although duly demanded, which are presently estimated to be no less than $49,545.42.

## **FIRST CAUSE OF ACTION – BREACH OF CONTRACT**

19. Plaintiff repeats, reiterates and realleges each and every allegation set forth in paragraphs 1 through 18, inclusive, as if herein set forth at length.

20. Pursuant to the contract of carriage entered into by and between the parties, Royal Runners had a responsibility to properly care for and protect the cargo of green beans while it was in its care, custody and control.

21. Royal Runners breached its contractual duties by failing to properly carry, bail, keep and care for, protect and deliver the Plaintiff's cargo in the same good order and condition as at the time said defendant first accepted custody and control of the shipment.

22. Southern Specialties performed all duties and obligations on its part to be performed.

23. As a direct and proximate result of said breach of contract by Royal Runners, the Plaintiff has suffered damages presently estimated to be $49,545.42.

24. By reason of the foregoing, Plaintiff sustained damages, as nearly as the same can now be estimated, no part of which has been paid by Defendant, in the sum of at least $49,545.42.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against defendant ROYAL RUNNERS, INC. in favor of Plaintiff in the amount of $49,545.42, together will prejudgment interest, costs and such further and additional relief as this Court may deem just and proper.

Dated: Miami, Florida
October 14, 2021

*/s/ Michael C. Black*

**Michael C. Black, Esquire**
Florida Bar No. 056162
mblack@marlaw.com
**MICHAEL C. BLACK, P.A.**
7700 North Kendall Drive, Suite 305
Miami, Florida 33156
Telephone: (305) 271-8301
Facsimile: (305) 271-8302